**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN L. McCARTY,<br><br>             Plaintiff,<br><br>     vs.<br><br>JACQUELLINE MELLON,<br><br>             Defendant.<br>_____/ | CASE NO. CV-F-05-1650 REC LJO<br><br>**ORDER FOR SERVICE OF COMPLAINT AND TO VACATE FINDINGS AND RECOMMENDATIONS** |

Plaintiff Darrell L. Maxey ("plaintiff") proceeds pro se and in forma pauperis in this action. On December 30, 2005, plaintiff filed his original complaint. This Court issued its January 12, 2006 order to dismiss the original complaint and granted plaintiff up to January 27, 2006 to file a first amended complaint. On January 27, 2006, plaintiff filed his first amended complaint for breach of contract and breach of the implied covenant of good faith and fair dealing ("first amended complaint"). Due to delay to process the first amended complaint, this Court was under the impression plaintiff had failed to file a timely first amended complaint and inadvertently issued February 1, 2006 findings and recommendations to dismiss this action for failure to file timely a first amended complaint. Plaintiff's first amended complaint is pending properly before this Court. This Court has granted plaintiff's request to proceed in forma pauperis.  Accordingly, this Court:

    1.    VACATES its February 1, 2006 findings and recommendations to dismiss this action;

    2.    ORDERS that service is appropriate for defendant Jacquelline Mellon;

3. DIRECTS this Court's clerk to send plaintiff a USM-285 form, a summons, an instruction sheet and a copy of plaintiff's first amended complaint, filed January 27, 2006; and

4. ORDERS plaintiff, no later than February 17, 2006, to complete the attached Notice of Submission of Documents and submit the completed Notice to this Court with the following documents:

   a. A completed summons;

   b. A completed USM-285 form for defendant Jacqueline Mellon; and

   c. Two copies of the endorsed first amended complaint, filed January 27, 2006.

Plaintiff need not attempt service on defendant Jacqueline Mellon and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to F.R.Civ.P. 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action for failure to obey this Court's order. Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:   February 2, 2006**             /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE