IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. McCARTY, | CASE NO. CV F 05-1650 REC LJO |
| Plaintiff, | ORDER TO U.S. MARSHAL TO SERVE COMPLAINT |
| vs. | |
| JACQUELLINE MELLON, | |
| Defendant. | |

Plaintiff John L. McCarty ("plaintiff") proceeds in forma pauperis in this action. This Court ordered plaintiff to provide information for service of process on Form USM-285, sufficient copies of the complaint for service, and a notice of compliance. Plaintiff has filed the required papers. On the basis of good cause, this Court:

1. DIRECTS this Court's clerk to forward to the U.S. Marshal:

    a. One completed and issued summons for **each** defendant to be served;

    b. One completed Form USM-285 for **each** defendant to be served;

    c. One copy of the first amended complaint filed on January 27, 2006, for **each** defendant to be served, plus an extra copy for the U.S. Marshal;

    d. One copy of this order for **each** defendant to be served, plus an extra copy for the U.S. Marshal; and

    e. One copy of the Court's consent form for **each** defendant to be served.

2. DIRECTS the U.S. Marshal, within 10 days from this order's date, to notify defendant **Jacquelline Mellon** of the commencement of this action and to request a waiver of service in accordance with F.R.Civ.P. 4(d) and 28 U.S.C. § 566(c).

3. DIRECTS the U.S. Marshal to file returned waivers of service and a copy of the complaint in its file for future use.

4. DIRECTS the U.S. Marshal that, if a waiver of service is not returned by defendant within 60 days of the date of mailing the request for waiver, to personally serve process and a copy of this order on defendant pursuant to F.R.Civ.P. 4 and 28 U.S.C. § 566(c);

5. DIRECTS the U.S. Marshal, within 10 days after personal service is accomplished, to file the return of service for each defendant along with evidence of attempts to secure waiver of service of process and costs subsequently incurred to effect service of each defendant. Such costs shall be enumerated on the Form USM-285 and shall include the costs incurred by the U.S. Marshal to make additional photocopies of the summons and complaint and to prepare new Forms USM-285, if needed. Costs of service will taxed against defendant, pursuant to F.R.Civ.P. 4(d)(2).

6. DIRECTS the U.S. Marshal not to serve defendant if defendant first appears in this action by filing an answer, dispositive motion or other pleading.

IT IS SO ORDERED.

**Dated:     February 20, 2006**                /s/ Lawrence J. O'Neill
66h44d                                          UNITED STATES MAGISTRATE JUDGE