John McCarty, Plaintiff, *pro se*
2909 Huntington Blvd. # 216
Fresno, CA  93721-2335
Tel. (559) 442-0664
Cell (925) 457-7013
E-mail mccarty_john@hotmail.com



FILED

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

JOHN McCARTY,

        Plaintiff,

    -vs.-

JACQUELINE MELLON, in her individual capacity and as Director Disability Income Claims for Metropolitan Life Insurance Company (MetLife) as Administrative Agent of the Disability Income Insurance Business of Allmerica Financial Life Insurance Company & Does 1 through 50,

        Defendants.

Case Number CV F-05-1650 REC LJO

VOLUNTARY DISMISSAL
WITH PREJUDICE

Plaintiff *pro se* John McCarty voluntarily dismisses the above-entitled action with prejudice, with all parties to bear their own costs and attorneys' fees.

*/s/ John L. McCarty*
John McCarty, Plaintiff, *pro se*
2909 Huntington Blvd. # 216
Fresno, CA  93721-2335
Tel. (559) 442-0664
Cell (925) 457-7013
E-mail mccarty_john@hotmail.com

Date: March 23, 2006

It is so Ordered.  Dated: March 30, 06

_____
United States District Judge